IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 19-MJ- 547 STE ) |
| GEORGE R. BOYER, | ) ) |
| Defendant. | ) Violation: 18 U.S.C. 1361 ) ) |

### INFORMATION

The United States Attorney charges:

#### Count 1

On or about February 22, 2019, in the Western District of Oklahoma, at Ft. Sill Military Reservation, at or near 4303 Pitman Street,

- - - - - - - - - - - - - - - - - - - - - - - - - GEORGE R. BOYER - - - - - - - - - - - - - - - - - - - -

did willfully injure property of the United States, the damage to such property not exceeding the sum of $1,000.

All in violation of Title 18, United States Code, Section 1361.

Dated this 9th day of October 2019.

TIMOTHY J. DOWNING
United States Attorney

REBECCA S. ASHBY
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Building 462
Fort Sill, OK 73503
(580) 442-3900